# EXHIBIT B

District 1

# Case Summary

### Case No. 2025L009008

| | | | |
|---|---|---|---|
| **Amir Marmarchi-vs-Allianz Global Assistance USA** | § § § | Location: Judicial Officer: Filed on: | **District 1** **Courtroom, 1501** **07/18/2025** |

---

Case Information

---

Case Type: Transferred Case

Case Status: **07/18/2025  Pending**

Case Flags: **Fee Waiver Denied**

## Related Cases
2025L009008 (Transferred)

---

Assignment Information

---

**Current Case Assignment**
Case Number     2025L009008
Court           District 1
Date Assigned   07/18/2025
Judicial Officer Courtroom, 1501

---

Events and Orders of the Court

---

08/13/2025

Strike From The Call - Allowed -     (Judicial Officer: Allegretti, John Michael)

08/13/2025     *CANCELED* **Status Hearing**  (9:30 AM)   (Judicial Officer: Stein, Alon)
Resource: Location CV1501 Court Room 1501
Resource: Location D1 Richard J Daley Center
*Order of Court*

08/01/2025     Motion To - Allowed -     (Judicial Officer: Stein, Alon)

08/01/2025   **Motion Hearing**  (10:00 AM)  (Judicial Officer: Stein, Alon)
         Resource: Location CV1501 Court Room 1501
         Resource: Location D1 Richard J Daley Center

07/30/2025

Summons Served - Corporation/Company/Business
  *Sheriff ID: 20211158, UNKNOWN LITIGANT Sheriff Filename: 2025L00900820211158.pdf*
  Date Served:  07/28/2025

07/21/2025   Case Set On Status Call   (Judicial Officer: Wright, E Kenneth, Jr.)
      *08/13/25 @ 9:30 AM SEE ATTACHED 1501 STANDING ORDER FOR DIRECTION*

07/21/2025

Assign Case To   (Judicial Officer: Wright, E Kenneth, Jr.)
  *1501*

07/21/2025   **Open Call**  (9:30 AM)  (Judicial Officer: Wright, E Kenneth, Jr.)
         Resource: Location CV1303 Court Room 1303
         Resource: Location D1 Richard J Daley Center
         **MINUTES - 07/21/2025**

                  Assign Case To   (Judicial Officer: Wright, E Kenneth, Jr.)
                    *1501*

         Case Set On Status Call   (Judicial Officer: Wright, E Kenneth, Jr.)
             *08/13/25 @ 9:30 AM SEE ATTACHED 1501 STANDING ORDER FOR*
             *DIRECTION*

         *CANCELED* **Status Hearing**  (08/13/2025 at 9:30 AM)  (Judicial Officer:
         Stein, Alon)
           Resource: Location CV1501 Court Room 1501
           Resource: Location D1 Richard J Daley Center
           *Order of Court*

         Allowed;

07/18/2025

298 Petition Filed-Plaintiff/Petitioner

07/18/2025

Motion Filed
  *Seal Records*

07/18/2025

Notice Of Motion Filed

07/18/2025    Motion Filed

07/18/2025    E-Filing Exemption - Filed

07/18/2025    Summons Issued And Returnable

07/18/2025



298 Petition Plaintiff/Petitioner-Denied     (Judicial Officer: Villaflor Hernandez, Jasmine)

07/18/2025    Transfer Pending Case Into Division

*Transfered Case*

# ORDER ON APPLICATION FOR WAIVER OF COURT FEES (CIVIL)

### IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY** _Cook_
County Where You Are Filing the Case

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE** _Amir Marmarchi_
Who Started the Case          First, Middle, and Last Name or Business Name

**DEFENDANT/RESPONDENT** _Allianz global assistance_
Who the Case Was Filed Against     First, Middle, and Last Name or Business Name

**2025 L 009008**
**Case Number**
(Clerk fills in)

**Your Name** (applicant): _Amir_ _Marmarchi_
First          Middle          Last Name

**STOP. DO NOT** check any boxes or fill in any more blanks on this form. The judge will complete the rest of the form.

The Court has reviewed the *Application for Waiver of Court Fees* and orders (check 1, 2, 3, or 4):

☐ **1. GRANTED – FULL WAIVER**

The *Application for Waiver of Court Fees* is **granted**, effective on the date the *Application* was first filed. The applicant qualifies for a **full (100%) waiver** and may participate in this case without payment of fees, costs, or charges, because (check A, B, or C):

**A.** The applicant receives **means-based public benefits** under one or more of the following programs:

- SSI (Supplemental Security Income, not Social Security)
- AABD (Aid to the Aged, Blind and Disabled)
- TANF (Temporary Assistance to Needy Families)
- SNAP (Food Stamps)
- General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

**– OR –**

**B.** The applicant's personal income is **125% or less of the current poverty level** as established by the U.S. Dept. of Health & Human Services and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**– OR –**

☐ **C.** Payments of fees, costs, and charges would cause **substantial hardship** for the applicant or their family.

ENTERED
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
JUN 06 2025

*This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

2025L 00 9008
*Case Number* _____

## ☐ 2. GRANTED – PARTIAL WAIVER

The *Application for Waiver of Court Fees* is granted, effective on the date the *Application* was first filed. The court finds *(check one)*:

☐ **75%** of all fees, costs, and charges are waived. The applicant **must pay 25%** of all fees, costs, and charges because the applicant's available income is more than 125% but not greater than 150% of the current poverty level.

☐ **50%** of all fees, costs, and charges are waived. The applicant **must pay 50%** of all fees, costs, and charges because the applicant's available income is more than 150% but not greater than 175% (50% waiver);

☐ **25%** of all fees, costs, and charges are waived. The applicant **must pay 75%** of all fees, costs, and charges because the applicant's available income is more than 175% but not greater than 200% (25% waiver);

**Income findings are based on the current poverty level** as established by the U.S. Dept. of Health & Human Services, and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**Payment** *(check one)*:

☐ The applicant must pay the fees, costs, and charges currently due by: _____
*Month, Day, Year*

☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*:

_____
_____

## ☐ 3. CONTINUED – APPLICATION IS INCOMPLETE OR FACTUAL ISSUE

*If the court determines that relevant sections of the Application are incomplete or there is a factual issue regarding the applicant's entitlement to a waiver, the applicant must be notified of the deficiencies and given the opportunity to amend the Application and/or be given a remote hearing in accordance with Supreme Court Rule 45, unless the applicant requests an in-person hearing or will already be present in the courthouse on the date of the hearing.*

Relevant sections of the *Application* are incomplete or there is a factual issue about the applicant's eligibility for a fee waiver on the face of the *Application*.

The specific eligibility questions are:

_____
_____
_____
_____

The applicant must *(check all that apply)*:

☐ **A. File an updated (amended) *Application*** that includes the missing information listed above.

2025L 00 9008
*Case Number*

☐ **B. Attend a court date.**

*If a hearing is set, it must be set within* **30 days** *of the date the Application was filed (735ILCS 5/5-105; Illinois Supreme Court Rule 298).*

The *Application for Waiver of Court Fees* is **scheduled for court** on *(check all that apply):*

Date: _____        Time: _____
       *Month, Day, Year*                    *Include AM or PM*

☐ **Remotely** (video or telephone option)

By video conference at: _____
                        *Video conference website*

_____
*Video conference log-in information, meeting ID, password, etc.*

By telephone at: _____
                 *Call-in number for telephone remote appearance*

☐ **In person** at: _____        _____
                    *Courtroom Address*                        *Courtroom Number*

If remote and in-person options are both checked, you may choose either option.

☐ **C. Provide documents.** These documents will **not** be included in the public court file.

☐ Provide documents at the hearing.

☐ Submit documents before the hearing. Instructions about when and how to submit:

_____

Required documents are:

s _____

s _____

## 4. DENIED – DOES NOT QUALIFY

The *Application for Waiver of Court Fees* is **denied.** The applicant does not qualify for a fee waiver because *(must state specific reason):*

_____

_____

The applicant must pay all the fees, costs, and charges currently due by:

_____
*Month Day, Year*

If *Application* **was granted, this order expires one year from the date of this order.** The applicant may reapply before or after the expiration date. Fees, costs, and charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, and all other fees listed in 735 ILCS 5/5-105(a)(2)(1).

**ENTERED:** _____ #239        Date: 07/18/2025
Judge: Hernandez                                  *Month, Day, Year*

WA-O 604.7                        Page 3 of 3                        (1/24)

MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
JUL 18 2025
ENTERED

# SUMMONS
### IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**FILED**
JUL 18 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**COUNTY:** Cook
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Amir Marmatchi
*Who started the case.*                    *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Allianz global
*Who the case was filed against.*   Assistance

*First, Middle, and Last Name or Business Name*

**Case Number** 2025L009008

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent,** attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

**Court Address:** 50 W. Washington Chicago, Il 60602
*Courthouse Street Address*

**- or -**

☑ **2. DATE CERTAIN SUMMONS** Zoom Hearing

Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

03/13/2025 at 9:30 ☑ a.m. ☐ p.m. in 1501
*Month, Day, Year*     *Time*                      *Courtroom Number*

Case Number: _____

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person at:** _____
    *Courtroom Address*                    *Courtroom Number*

☐ **Remotely** (video or telephone)

**By video conference at:** _____
    *Video Conference Website*

Log-in information: _____
    *Video Conference Log-in Information, Meeting ID, Password, etc.*

**By telephone at:** _____
    *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____  or  Website: _____
    *Circuit Clerk's Phone Number*                *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition:* $ 80,955.34

   *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition.*

   ☐ Yes  ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

   ☑ I am having 1 Defendant/Respondent served and their information is on this form below.

   ☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____
       *Number*

b. First Defendant/Respondent's primary address/information for service:

   Name: Allianz global Assistance
       *First, Middle, and Last Name, or Business Name*

   Registered Agent's Name *(if you are serving the Registered Agent of a business):*
   Attorney Craig Jacobson (gordon Rees scully Mansukhani Law)
       *First, Middle, and Last Name*

   Street Address: One North Wacker, Suite 1600
       *Street, Apt #*

   City, State, ZIP: Chicago          IL      60606
       *City*                    *State*    *Zip*

   Telephone: 312-565-1400   Email: Craig.Jacobson@grsm.com
              773-209-8872

Case Number: _____

c. **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.

☑ I have another address where this Defendant/Respondent might be found. It is:

Street Address: 225 W. Washington St, Suite 1800
_____
Street, Apt #

City, State, ZIP: Chicago _____ IL _____ 60606
City _____ State ___ Zip

Telephone: _____ Email: _____

d. **Person who will serve your documents on this Defendant/Respondent:**

☑ Sheriff in Illinois ☐ Special process server ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
County & State

## PLAINTIFF/PETITIONER INFORMATION:

*Enter your information below.*

Name Amir Marmarchi _____
First, Middle and Last Name

Registered Agent's name, if any _____
First, Middle and Last Name

Street Address 419 Warren Ave _____
Street, Apt #

City, State, ZIP: Normal _____ IL _____ 61761
City _____ State ___ Zip

Telephone: 217-417-3736 Email: MARMARCHI@gmail.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Mariyana T. Spyropoulos JUL 18 2025

Witness this Date: _____ Seal of C...

Clerk of the Court: ___—

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

**Note to officer or process server:**
- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.



Case Number: _____

# NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

 Learn more about each step in the process and how to file in the instructions:
ilcourts.info/summons-instructions.


# NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Case Number: _____

## PROOF OF SERVICE OF SUMMONS
## AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
Check if this is not the 1st Summons issued for this Defendant/Respondent.

**COUNTY:** _Cook_
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Amir Marmarchi
*Who started the case.*          *First, Middle, and Last Name or Business Name*

2025 L 009008
**Case Number**

**DEFENDANTS/RESPONDENTS:** Allianz global Assistance
*Who the case was filed against.* Craig Jacobson, One North Wacker
Suite 1600, Chicago, FL, 60606
*First, Middle, and Last Name or Business Name*

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family
member or lives there:
Name of person served: _____
*First, Middle, Last Name*
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

address on this date: _____.

Case Number: _____

☐ On the **Business's agent**: _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____
_____
_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____
_____
_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____
_____
_____

---

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____   Print Your Name _____

You are: ☐ Sheriff in Illinois                    ☐ Special process server
         ☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____

*County and State*                                                        *License number*

**FEES:**

 Service and Return: $_____   Miles: $_____   Total: $_____

# SUMMONS

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**FILED**
JUL 18 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**COUNTY:** Cook
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Amir Marmarchi
*Who started the case.*                *First, Middle, and Last Name or Business Name*

2025L009008
**Case Number**

**DEFENDANTS/RESPONDENTS:** Allianz global Assistance
*Who the case was filed against.*

*First, Middle, and Last Name or Business Name*

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

## ☑ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: 50 W. Washington, Chicago, IL 60602
*Courthouse Street Address*

- **or** -

## ☑ 2. DATE CERTAIN SUMMONS  ZOOM HEARING

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

08/13/2025 at 9:30 ☑ a.m. ☐ p.m. in 1501.
*Month, Day, Year*       *Time*                        *Courtroom Number*

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

Case Number: _____

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person at:** _____

              *Courtroom Address*               *Courtroom Number*

☐ **Remotely (video or telephone)**

    **By video conference at:** _____

                       *Video Conference Website*

    Log-in information: _____

                   *Video Conference Log-in Information, Meeting ID, Password, etc.*

    **By telephone at:** _____

                 *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____ or Website: _____

    *Circuit Clerk's Phone Number*               *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition:* $ **80,955.34**

    *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition.*

    ☐ Yes  ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

    ☑ I am having 1 Defendant/Respondent served and their information is on this form below.

    ☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.

                     *Number*

b. First Defendant/Respondent's **primary address/information** for service:

    Name: **Allianz Global Assistance**

    *First, Middle, and Last Name, or Business Name*

    Registered Agent's Name *(if you are serving the Registered Agent of a business):*

    **Attorney Craig Jacobson (Gordon Rees Scully Mansukhani Law)**

    *First, Middle, and Last Name*

    Street Address: **One North Wacker, Suite 1600**

    *Street, Apt #*

    City, State, ZIP: **Chicago**      **IL**      **60606**

    *City*                  *State*     *Zip*

    Telephone: **312-565-1400**    Email: **craig.jacobson@grsm.com**

    **773-209-8872**

Case Number: _____

c. **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.

☑ I have another address where this Defendant/Respondent might be found. It is:

Street Address: __225 W. Washington St, Suite 1800__
Street, Apt #

City, State, ZIP: __Chicago__           __IL__        __60606__
City                    State          Zip

Telephone: _____ Email: _____

d. Person who will serve your documents on this Defendant/Respondent:

☑ Sheriff in Illinois  ☐ Special process server ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
County & State

## PLAINTIFF/PETITIONER INFORMATION:

*Enter your information below.*

Name __Amir Marmarchi__
First, Middle and Last Name

Registered Agent's name, if any _____
First, Middle and Last Name

Street Address __419 Warren Ave__
Street, Apt #

City, State, ZIP: __Normal__        __IL__      __61761__
City               State      Zip

Telephone: __217-417-3736__  Email: __MARMARCHI@gmail.com__

Be sure to check your email every day so you do not miss important information, court dates, or documents from other parties.

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

                              Mariyana T. Spyropoulos  **JUL 1 8 2025**

Witness this Date: _____        *Seal of C .*

Clerk of the Court: ___ --

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

**Note to officer or process server:**

- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.



*Case Number:* _____

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

 Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:



**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out all the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please visit Illinois Legal Aid Online at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Case Number: _____

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
Check if this is not the 1st Summons issued for this Defendant/Respondent.

**COUNTY:** Cook
County Where You Are Filing the Case

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** Amir Marmarchi
Who started the case.    First, Middle, and Last Name or Business Name

**DEFENDANTS/RESPONDENTS:** Allianz global Assistance
Who the case was filed against.    Craig Jacobson, One North Wacker Suite 1600, Chicago, FL, 60606
First, Middle, and Last Name or Business Name

2025 L 009008
**Case Number**

Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
Officer/Process Server First, Middle, Last Name

## SERVICE INFORMATION

Defendant/Respondent: _____
First, Middle, Last Name, or Business Name

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ **On someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
Name of person served: _____
First, Middle, Last Name

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

address on this date: _____.

Case Number: _____

☐ On the **Business's agent:** _____

First, Middle, Last Name

    ☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____   Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____

_____

_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____

_____

_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____

_____

_____

---

## SIGN

I certify under <u>735 ILCS 5/1-109</u> that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____    Print Your Name _____

You are: ☐ Sheriff in Illinois            ☐ Special process server
        ☐ Sheriff outside Illinois: _____   ☐ Licensed private detective, license number: _____

                           County and State                                          License number

**FEES:**

    Service and Return: $_____    Miles: $_____    Total: $_____

# CERTIFICATION FOR EXEMPTION FROM E-FILING

### IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** Cook

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Amir Marmarchi
*Who started the case.*                        *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Allianz global Assiftance
*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

**Case Number:** 2025 L 009008

You are automatically exempt from e-filing and you do not need to file this *Certification* if:
- you are in jail or prison;
- you are filing a will;
- you are filing into a juvenile case; or
- your disability prevents you from e-filing.

## 1. I am not able to e-file documents in this case because:

*Check why you are asking to file by mail, in person, or another way.*

☑ I do not have a lawyer and at least one of the following statements is true:

- I do not have the Internet or computer access in the home and travel presents a hardship (financial or otherwise);
- I have trouble reading, writing, or speaking in English, or
- I tried to e-file my forms, but was not able to complete the process because the equipment or help I need was not available.

☐ I am filing a document in a sensitive case, such as a petition for an order of protection or a civil no contact/stalking order.

## 2. For the reason above, I am entitled to a good cause exemption from e-filing under Illinois Supreme Court Rule 9(c)(5).

### SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and
2) I understand that making a false statement on this form is perjury and has penalties provided by law.

*If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.*

Your Signature /s/ _____    Print Your Name Amir Marmarchi

Your Phone Number 917-419-3736    Attorney Number (if any) _____

Your Email (if you have one) Marmarchi@ymail.cm

Your Address 419 Warren Av   Normal   IL   61761
*Street, Apt. #*          *City*          *State*   *Zip Code*

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.
EW-C 3401.4                        Page 1 of 1                        (11/24)

# NOTICE OF COURT DATE FOR MOTION
IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Amir Marmarchi
*Who started the case.*     *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Allianz global assistane
*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

**Case Number** 2025 L 009008

## 1. MOTION TITLE

*Explain in a few words what you are asking the judge to do. This should match the title you write in **1** on the Motion.*

Motion to: *Seal records*

## 2. COURT DATE INFORMATION

*Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks. If you are e-filing in Cook County, you may get the court date when you e-file.*

a. The court date for the *Motion* I filed is scheduled on:

08/01/2025 at 10 ☑ a.m. ☐ p.m. in 1501
*Month, Day, Year*     *Time*              *Courtroom Number*

*Court dates may be scheduled in-person, remotely or a combination of in-person and remotely. Find out how your court date will be scheduled and provide that information here. Add the Clerk's phone number and website.*

b. Attend court in any of the ways checked:

☐ **In person at:** 59 WEST WASHINGTON STREET CHICAGO IL 60602
*Courtroom Address*                                    *Courtroom Number*

☑ **Remotely** (video or telephone option)

**By video conference at:** HTTPS://ZOOM.US/DOWNLOAD
*Video Conference Website*

Log-in information: _____
*Video Conference Log-in Information, Meeting ID, Password, etc.*

**By telephone at:** (312) 626-6799
*Call-in Number for Telephone Remote Appearance*

*Case Number:* 2025 L 009008

To find out more about remote court options:

Phone: _____ or Website: _____
*Circuit Clerk's Phone Number*                    *Website URL*

## SIGN

Under Illinois Supreme Court Rule 137, your signature means that you:

1) read the document, 2) believe it is true and correct, and 3) are not filing it to cause delay or for another bad reason.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ _____  Print Your Name  Amir Marmarchi

Your Address  419 Warren Ave        Normal          IL    61761
             *Street, Apt. #*          *City*              *State*  *Zip Code*

Your Phone Number  217-417-3736  Attorney Number (if any) _____

Your Email (if you have one)  MARMARCHI@gmail.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

## 3. PROOF OF DELIVERY

*Fill out the information below to show how you are sending this document to the other people in the case. If a person in the case has a lawyer, you must send this document to their lawyer.*

a. **I am sending this document to:**

Name:  Craig                                    Jacobson
      *First*              *Middle*                *Last Name*

Address:  One North Wacker    Chicago      IL    60606
         *Street, Apt. #* Suite 1600 *City*        *State*  *Zip Code*

Email Address:  Craig.Jacobson@gsrm.com

By: [✓] Electronically to the email address in **3a**:
   [ ] By email *(not through an EFSP)*.
   [ ] Using an approved electronic filing service provider (EFSP).

[ ] I or the person I am sending the document to do not have an email address. I am sending the document by:
   [ ] Mail or third-party carrier to the address in **3a**, with postage or delivery charge prepaid.

      Location of mailbox or third-party carrier: _____  _____
                                                   *City*                *State*

   [ ] Personal hand delivery at this address:
      *NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office*

      Address _____
             *Street, Apt. #, City, State, and Zip Code*

   [ ] Mail to the address in **3a**, from a prison or jail: _____
                                                         *Name of Prison or Jail*

**This document will be sent on:** Date: 07, 19, 2025    Time: 6:00 PM
                                   *Month, Day, Year*        *Include AM or PM*
                                   July 19 2025

Case Number: 2025LOO9008

b. ☑ I am not sending these documents to additional people.

- OR -

☐ I am sending these documents to an additional person not listed in **3a**.

Name: _____
First                   Middle            Last Name

Address: _____
Street, Apt. #          City         State       Zip Code

Email Address: _____

**By:** ☐ Electronically to the email address in **3b**:
    ☐ By email *(not through an EFSP)*.
    ☐ Using an approved electronic filing service provider (EFSP).

☐ I or the person I am sending the document to do not have an email address. I am sending the document by:
    ☐ Mail or third-party carrier to the address in **3b**, with postage or delivery charge prepaid.

    Location of mailbox or third-party carrier: _____
                                       City                 State

    ☐ Personal hand delivery at this address:
    *NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office*

    Address _____
                  Street, Apt. #, City, State, and Zip Code

    ☐ Mail to the address in **3b**, from a prison or jail: _____
                                            Name of Prison or Jail

**This document will be sent on:** Date: _____ Time: _____
                                   Month, Day, Year              Include AM or PM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ I am sending the document to more than 2 people and have completed an *Additional Proof of Delivery* form.

## SIGN

Under 735 ILCS 5/1-109, your signature means that you:

1) certify that everything in this document is true and correct, and 2) understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ _Ah Jes_     Print Your Name _Amir Marmarchi_

Your Address _419 Warren Ave   Normal   IL   61761_
          Street, Apt. #                     City              State    Zip Code

Your Phone Number _217-417-3736_ Attorney Number (if any) _____

Your Email (if you have one) _MARMARCHI@gmail.com_

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

*Case Number:* _2025L009008_



## NEXT STEP FOR PERSON FILLING OUT THIS FORM:

After you fill out your *Motion* and *Notice of Court Date for Motion*, file them with the Circuit Clerk's office in the county where your case is taking place. Then, send your forms to the other people in the case. Find your Circuit Clerk here: ilcourts.info/CircuitClerks.


> Learn more about each step in the process and how to file in our Instructions:
> ilcourts.info/motion-instructions.

## NEXT STEP FOR PERSON RECEIVING THIS DOCUMENT:

For more information about responding to a case and going to court, call or text **Illinois Court Help** at 833-411-1121 or go to ilcourthelp.gov.

If there are any words or terms used in these instructions that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

# MOTION
## IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** _Cook_
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** _Amir Marmarchi_
*Who started the case.*      *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** _Allianz global assistance_
*Who the case was filed against.*   represented by Attorney Craig Jacobson
One North Wacker, Chicago, IL, 60606
suite 1600   *First, Middle, and Last Name, or Business Name*

**Case Number** _2025L 009008_

## 1. MOTION TITLE
*Explain in a few words what you are asking the judge to do. This should match the title you write in 1 on the Notice of Court Date for Motion.*

Motion to: _seal the records_

## 2. PERSON FILING THE MOTION
*Check one box. The Plaintiff/Petitioner is the person who started the case. The Defendants/Respondents are the people and business who the case was filed against.*

I am filing the *Motion*. I am the:

[✓] Plaintiff/Petitioner    [ ] Defendant/Respondent

## 3. MOTION
*Explain what you are asking the judge to do and the reasons why the judge should agree with you.*

I am asking the judge to:

_Please see attachment_

[ ] I need more room to explain, and I have filled out and attached an *Additional Page for Motion* form.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY DEPARTMENT, LAW DIVISION


Plaintiff: Amir Marmarchi

Defendant: Allianz Global Assistance

Case No. _2025 L 009008_


## MOTION TO SEAL RECORDS

Plaintiff Amir Marmarchi respectfully moves this Court to seal the records in this case.

In support of this motion, Plaintiff states:
1. The underlying travel giving rise to this claim involved meetings with family members who reside in the Islamic Republic of Iran, in neighboring countries of Iran, like the republic of Georgia or Oman, where Plaintiff travelled to meet family.
2. Public access to these records could expose those travels and individuals who met the plaintiff during those travels, including Plaintiff's family to retaliation, detention, or harm by the Iranian government, which has a well-documented history of stalking and harassing its opposition inside and outside the country, hostage taking and specially targeting dual nationals and their families, and arresting family members to force US citizens to stop, or resign from their works, or to return to the country to save their family, and then using those US citizens in detentions as a bargaining chip.
3. The safety of innocent third parties is at stake, and sealing the record serves a compelling interest without harming the public interest.
4. This request is narrowly tailored and limited only to the documents filed in this action.

WHEREFORE, Plaintiff respectfully requests that the Court order the records in this case be filed under seal and protected from public disclosure.

Signed by: Amir Marmarchi

June 24, 2025

3303                                                                (12/01/24) CCG 0003

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Amir Marmarchi

Allianz global Assistance      No. 2025L009008

### NOTICE OF MOTION

To: _____

On 08/01/2025 at 10 (a.m)/p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable room 1501 remotely or any judge sitting in that Judge's stead, in the courtroom usually occupied by him/her, located at _____, Illinois, and present _____

Atty. No.: _____ (Pro se 99500)   Telephone: 217-417-3736

Name: Amir Marmarchi   Primary Email: MARMARCHI@gmail.com

Atty. for: _____   Secondary Email: _____

Address: 419 warren Ave   Tertiary Email: _____

City/State/Zip Code: Normal, IL 61761

### ☐ PROOF OF SERVICE BY DELIVERY

I, _____, ☐ the attorney ☐ non-attorney certify that on the _____ day of _____, I served this notice by delivering a copy personally to each person to whom it is directed.

Dated: _____                    _____
                                                  Signature/Certification

### ☐ PROOF OF SERVICE BY MAIL

I, _____, ☐ the attorney ☐ non-attorney certify that I served this notice by mailing a copy to _____ at _____
                                                  (address on envelope)
and depositing the same in the U.S. Mail at _____
                                                  (place of mailing)
at _____ a.m/p.m.. on the _____ day of _____, with proper postage prepaid.

Dated: _____                    _____
                                                  Signature/Certification

### ☐ PROOF OF ELECTRONIC SERVICE (WHERE PERMISSIBLE)

I, _____, ☐ the attorney ☑ non-attorney certify that on the 07/17/2025 day of _____, I served this notice electronically ☐ via the Clerk's Office E-filing system, or ☐ by telefax transmission (_____ pages) with consent of the recipient where permissible under Ill. Sup Ct. R.11, at fax no. _____, at _____ a.m/p.m., from _____
                                                  (Place)
☑ Via email (Sender's Email is MARMARCHI@gmail.com
Recipient's email is: Craig.Jacobson@gsvm.com ).

Dated: 07/17/2025                    _____
                                                  Signature/Certification

NOTE: If more than one person is served by delivery or mail, additional proof of service may be made by attaching an additional sheet to this Notice of Motion.

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**

Page 1 of 1

Case Number: 2025 L 009008

## SIGN

Under 735 ILCS 5/1-109, your signature means that you:
1) certify that everything in this document is true and correct, and 2) understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ _____  Print Your Name _Amir Marmarchi_

Your Address _418 Warren Ave_ _Normal_ _IL_ _61761_
Street, Apt. #          City          State    Zip Code

Your Phone Number _217-417-3726_ Attorney Number (if any) _____

Your Email (if you have one) _MARMARCHI @gmail.com_

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

## 4. PROOF OF DELIVERY

*Fill out the information below to show how you are sending this document to the other people in the case. If a person in the case has a lawyer, **you must send this document to their lawyer.***

a. I am sending this document to:

Name: _Craig_ _Jacobson_
First          Middle          Last Name

Address: _one North wacker, Chicago IL 60606_
Street, Apt. # _Suite 1600_ City    State    Zip Code

Email Address: _Craig.Jacobson @gsrm.com_

By: [✓] Electronically to the email address in 4a:
    [ ] By email *(not through an EFSP).*
    [ ] Using an approved electronic filing service provider (EFSP).

[ ] I or the person I am sending the document to do not have an email address. I am sending the document by:
    [ ] Mail or third-party carrier to the address in **4a**, with postage or delivery charge prepaid.

    Location of mailbox or third-party carrier: _____
        City          State

    [ ] Personal hand delivery at this address:
    *NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office*

    Address _____
        Street, Apt. #, City, State, and Zip Code
    [ ] Mail to the address in **4a**, from a prison or jail: _____
        Name of Prison or Jail

This document will be sent on: Date: _07/19/2025_ Time: _6 PM_
        Month, Day, Year          Include AM or PM

Case Number: 2025L009008

b. ☑ I am not sending these documents to additional people.

- OR -

☐ I am sending these documents to an additional person not listed in **4a**:

Name: _____
        *First*            *Middle*            *Last Name*

Address: _____
        *Street, Apt. #*       *City*       *State*     *Zip Code*

Email Address: _____

By: ☐ Electronically to the email address in **4b**:
    ☐ By email *(not through an EFSP).*
    ☐ Using an approved electronic filing service provider (EFSP).

☐ I or the person I am sending the document to do not have an email address. I am sending the document by:
    ☐ Mail or third-party carrier to the address in **4b**, with postage or delivery charge prepaid.

        Location of mailbox or third-party carrier: _____
                                     *City*                 *State*

☐ Personal hand delivery at this address:
    *NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office*

    Address _____
                *Street, Apt. #, City, State, and Zip Code*

☐ Mail to the address in **4b**, from a prison or jail: _____
                                      *Name of Prison or Jail*

**This document will be sent on:** Date: _____ Time: _____
                              *Month, Day, Year*         *Include AM or PM*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ I am sending the document to more than 2 people and have completed an *Additional Proof of Delivery* form.

## SIGN

Under 735 ILCS 5/1-109, your signature means that you:
1) certify that everything in this document is true and correct, and 2) understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ _____ Print Your Name *Amir Marmarchi*

Your Address *419 Warren Ave*    *Normal*    *IL*   *61761*
        *Street, Apt. #*                        *City*          *State*   *Zip Code*

Your Phone Number *217-417-3736* Attorney Number (if any) _____

Your Email (if you have one) *MARMARCHI@gmail.com*

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

Case Number: *2025 L009808*



# WHAT'S NEXT

## NEXT STEP FOR PERSON FILLING OUT THIS FORM:

If you do not already have a court date for your *Motion,* you will need to get one and file a *Notice of Court Date for Motion.* When you file your *Motion,* ask the Circuit Clerk if you have to schedule a court date or if one will be scheduled automatically. In some counties, you may get the court date when you e-file. Include the court date on your *Notice.*

After you fill out your forms, file them with the Circuit Clerk's office in the county where your case is taking place. Then, send your forms to the other people in the case. Find your Circuit Clerk: ilcourts.info/CircuitClerks.



| Learn more about each step in the process and how to file in our Instructions: ilcourts.info/motion-instructions. |

## NEXT STEP FOR PERSON RECEIVING THIS DOCUMENT:

For more information about going to court including how to fill out and file forms, call or text **Illinois Court Help** at 833-411-1121 or go to ilcourthelp.gov.

If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

# ORDER ON MOTION
## IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** Cook ☑
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Amil Marmardri
*Who started the case.* *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Allianz global assistance
*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

**Case Number** 2025 L009008

---

1. *Fill in the title of your Motion below. This should match the title you wrote in 1 on the Motion form.*

   **Motion to:** Seal records

2. *The Motion was filed by:*

   ☑ Plaintiff/Petitioner  ☐ Defendant/Respondent

3. **Date** *Motion* filed: 07/18/2025
   AM *Month, Day, Year*

4. **People in court** for the *Motion* hearing:

   ☑ Plaintiff/Petitioner  ☐ Defendant Attorney  ☐ Other: _____

   ☐ Plaintiff Attorney  ☐ Defendants/Respondents

**STOP** Do **NOT** check any boxes or fill in any more blanks on this form unless the judge tells you to.

**The Court orders:**

☐ The *Motion* is **granted**.

☐ The *Motion* is **denied**.

☐ The *Motion* is **granted in part and denied in part** as follows:

_____

_____

_____

☐ Additional orders:

_____

_____

_____

**ENTERED:**

_____  _____
*Judge*  *Date (Month, Day, Year)*

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

MN-O 705.5  Page 1 of 1  (05/24)

# APPLICATION FOR WAIVER OF COURT FEES (CIVIL)

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY** _Cook_
County Where You Are Filing the Case

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE** _Amir Marmarchi_
Who Started the Case _First, Middle, and Last Name or Business Name_

**Case Number** _2025L009008_
(Clerk fills in)

**DEFENDANT/RESPONDENT** _Allianz global assistanp_
Who the Case Was Filed Against _First, Middle, and Last Name or Business Name_

---

Use this form to ask the judge to **waive your court fees, costs, and charges in a civil court case**. If your case is a criminal case, use the *Application for Waiver of Criminal Court Assessments* form.

If you are completing this form on behalf of a minor or an incompetent adult, provide that person's information on this form instead of your own information.

## 1. BASIC INFORMATION

A. I am completing this form *(check one)*:

☑ For myself ☐ On behalf of a minor or incompetent adult
*(Use the minor or incompetent adult's information on this form)*

B. Your Name *(applicant)*: _Amir_ _Marmarchi_
First Middle Last Name

C. Address: _419 Warren Ave_ _Normal_ _IL_ _61761_
Street, Apt. # City State Zip Code

D. I cannot afford to pay the court fees, costs, and charges in this case.

## 2. HOUSEHOLD INFORMATION

*List the number of people who live with you whom you support. Support means the people rely on you financially. If on behalf of a minor or an incompetent adult, use their information.*

A. I support _____ adults (not counting myself) who live with me.
# of Adults

B. I support _____ children under 18 who live with me.
# of Children Under 18

## 3. PUBLIC BENEFITS

*Check all the benefits that you currently receive. Be prepared to provide proof that you currently receive at least 1 of the checked benefits if asked.*

I currently receive the following public benefits *(check all that apply)*:

☐ SSI (Supplemental Security Income, not Social Security)
☐ AABD (Aid to the Aged, Blind and Disabled)
☐ General Assistance Program (GA), Transitional Assistance or State Children and Family Assistance
☑ SNAP (Supplemental Nutrition Assistance Program/ Food Stamps)
☐ TANF (Temporary Assistance for Needy Families)

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.

WA-P 603.8 Page 1 of 4 (1/24)

Case Number _____



> **STOP:** Read this note to see **what to complete next.**
>
> ☑ I checked one of the public benefit boxes in section 3.
> - ▸ Skip section 4 and section 5. Go to section 6 on page 4. You qualify for a full fee waiver (735 ILCS 5/5-105(a)(2)(i), (b)(1)).
> – OR –
> ☐ I did **not** check any of the public benefit boxes in section 3.
> - ▸ **Complete section 4 and section 5**, including both columns.

## 4. FINANCIAL INFORMATION

*Do not fill out this section if you checked any boxes in section 3. Skip to section 6.*

*If you did **not** check any boxes in section 3, fill out information below for **both** the past month and the past 12 months. Be prepared to provide proof of your income, the value of your belongings (including real estate), and your expenses if asked.*

A. I have a **pending application for 1 or more of the benefits** listed in section 3:

    ☐ Yes        ☐ No

| B. I received the following income (money) in the **past month.** List the gross (before taxes) amount *(check all that apply)*: | | C. I received the following income (money) in the past **12 months.** List the gross (before taxes) amount *(check all that apply)*: | |
|---|---|---|---|
| **MONTHLY INCOME:** | | **YEARLY INCOME:** | |
| **Type** | **Total received in the past month** | **Type** | **Total received in the past 12 months** |
| ☐ No income | | ☐ No income | |
| ☐ My employment | $ _____ | ☐ My employment | $ *4000* |
| ☐ Social Security (not SSI) | $ _____ | ☐ Social Security (not SSI) | $ _____ |
| ☐ Child Support | $ _____ | ☐ Child Support | $ _____ |
| ☐ Unemployment | $ _____ | ☐ Unemployment | $ _____ |
| ☐ Pension | $ _____ | ☐ Pension | $ _____ |
| ☐ Money from other household members | $ _____ | ☐ Money from other household members | $ _____ |
| ☑ Other income, including any money received from family and friends that is not listed above *(list type and amount)* | | ☐ Other income, including any money received from family and friends that is not listed above *(list type and amount)* | |
| *Tutoring 300* | $ *300* | *Tutoring* | $ *6500* |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| **Total of all money received in the past month** | $ *300* | **Total of all money received in the past 12 months** | $ *10500* |

Case Number _____

**D.** I have the following **monthly expenses**
*(check all that apply. If you share expenses
with someone, list only the amount you pay):*

**MONTHLY EXPENSES:**

| Type of expense | Amount per month |
|---|---|
| ☐ Rent | $ |
| ☒ Home mortgage | $ *N Mortgag* |
| ☐ Other mortgage | $ |
| ☐ Utilities | $ 100 |
| ☐ Food | $ 400 |
| ☐ Medical | $ |
| ☐ Vehicle, including any loans | $ 100 |
| ☐ Childcare | $ |
| ☐ Child support | $ |
| ☐ Other monthly expenses not listed above *(list type and amount)* | |
| _____ | $ |
| _____ | $ |
| _____ | $ |
| **Total of all expenses in the past month** | $ 600 |

☐ None of the above

**E.** I own the following **items and their value is**
*(check all that apply):*

**ITEMS OF VALUE:**

| Item | Total value |
|---|---|
| ☐ Bank accounts and cash | $ 150 |
| ☒ Home | $ SFH |
| The total I owe on my home mortgage is $ _____ | |
| ☐ Other real estate (not including the house I live in) | $ _____ |
| ☐ 1st vehicle worth | $ 5000 |
| Is the 1st vehicle paid off? ☒ Yes ☐ No | |
| ☐ 2nd vehicle worth | $ _____ |
| Is the 2nd vehicle paid off? ☐ Yes ☐ No | |
| ☐ Other *(list items and value)* | |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

☐ None of the above

## 5. HARDSHIP INFORMATION *(Optional)*

*If there is additional information you think the judge should know about why you cannot afford to pay the
court fees, include that information here.*

It would be a substantial hardship for me or my family if I have to pay the fees, costs, and charges because:

I was a profesror befor Covid
lost my job and last 4 year I only
have random tutoring and substitute
teaching income

*Case Number* _____

## 6. IF QUESTIONS ABOUT APPLICATION

If the judge has questions about my *Application* and I have to attend court, I want:

☑ A remote court date (video or telephone)

☐ An in-person court date



---

### SIGN:

Under 735 ILCS 5/1-109, your signature means that you:

1) certify that everything in this document is true and correct, and 2) understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ A J               Print Your Name Amir Marmarehi

Your Address 419 Warren Ave     Normal     IL     61761
                Street, Apt. #              City           State   Zip Code

Your Phone Number 217-417-3736   Attorney Number (if any) _____

Your Email MARMARCHI@gmail.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---



## NEXT STEP:

File this form at the Circuit Court Clerk's office. You can file this form at any point during your case. More information on how to do that can be found here: ilcourts.info/forms.

## THEN:

You should only have to go to court for a hearing on your *Application* if the judge needs more information from you (735 ILCS 5/5-105 and 5/5-105.5; Illinois Supreme Court Rule 298). The judge will notify you if you need to go to court or give more information. This may include documents showing your income, value of belongings (including real estate) and expenses.



Learn more about each step in the process by reading through our instructions document: ilcourts.info/fee-waiver-instructions.

ORDER ROOM ASSIGNMENT AND STATUS         (Rev. 12/01/24)  CCM 0635

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT/ _____FIRST_____ DISTRICT

Amir Marmarchi

v.

Allianz Global Assistance USA

No. _____2025L009008_____

IT IS ORDERED that the above entitled cause be, and the cause hereby assigned to

Room _____1501_____ and set for Status at 9:30 a.m. on _____AUGUST 13, 2025_____

Presiding Judge E. Kenneth Wright, Jr.

DATE: _____

JUL 1 8 2025

ENTERED:      Circuit Court = 1624

JUDGE               JUDGE'S NO.

**MARIYANA T. SPYROPOULOS, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT—FIRST DISTRICT

STANDING ORDER FOR )
REMOTE COURT PROCEEDINGS )
COURTROOM 1501[1] )
)
)
)
)

Effective November 1, 2021, and until in-person court proceedings resume in Courtroom 1501 or further order of court, the following remote calls and procedures will be followed in all cases assigned to Courtroom 1501.

Courtroom 1501 Email Address:  ccc.firstmunicr1501@cookcountyil.gov

This new ccc.firstmunicr1501@cookcountyil.gov Courtroom 1501 email address replaces the two now discontinued temporary Gmail addresses used in Courtroom 1501 since June 2020 (i.e. room1501reports@gmail.com and room1501courtesycopies@gmail.com). Counsel are instructed not to use the now discontinued Gmail addresses for any purpose. Counsel are instructed to use the new Courtroom 1501 email ccc.firstmunicr1501@cookcountyil.gov to send copies of all reports, motions, and proposed orders to the court. Courtroom 1501 staff will search ccc.firstmunicr1501@cookcountyil.gov using the last six digits of the case number. For this reason, counsel are instructed to leave a space before and after the last six digits of the case number in the subject line of the email. This email address is solely for the purpose of providing the court with copies of motions, reports and proposed orders. Questions sent to courtroom staff at this email address may not be answered promptly as Courtroom 1501 staff do not monitor this email. If counsel have questions for Courtroom 1501 staff, please direct your questions to the Courtroom 1501 Clerk at (312) 603-4827 or to the Courtroom 1501 Case Coordinator at (312) 603-4854.

Courtroom 1501 Zoom Information continues to be:

Website:                                www.zoom.us
Zoom Session ID (Meeting ID):           970 2938 9818
Zoom Session Password:                  380923

Also, a party may participate by telephone by dialing (312) 626-6799 and then using the Zoom Session ID and Password listed above.

---

[1] This Standing Order replaces General Order 2020-14 Re: Written Reports for Judgment on Award, Status, Progress and Stayed Matters Calls in Courtroom 1501 that became effective June 8, 2020 and the Procedures for Motions for Courtroom 1501 that became effective on July 6, 2020. The Pre-Covid 2016 Amended Standing Order for Courtroom 1501 remains in effect and is superseded by this Standing Order only in the case of an actual conflict.

## ORDER OF CALLS

| | | | |
|---|---|---|---|
| 8:45 a.m. | Monday-Friday | Routine Motions | Paper Call[2] |
| 9:00 a.m. | Monday-Friday | Emergency Motions | Zoom Call[3] |
| 9:00 a.m. | Monday-Wednesday | Judgment on Award | Paper Call |
| 9:30 a.m. | Monday-Thursday | Status Call | Paper Call |
| 9:30 a.m. | Friday | Progress Call | Paper Call |
| 10:00 a.m.[4] | Monday-Friday | Motions of Course | Zoom Call |
| 11:00 a.m. | Monday-Friday | Motions of Course | Zoom Call |
| 1:30 p.m. | Monday-Thursday | Contested Motions | Zoom Call |
| 1:30 p.m. | 3rd Wednesday of Apr. Aug, & Dec. | Stayed Matters | Paper Call |
| 2:00 p.m. | Monday-Thursday | Contested Motions | Zoom Call |

[2] "Paper Calls" are not called on Zoom.  The court will rule based upon the written submissions.
[3] "Zoom Calls" require the appearance of counsel or self-represented litigant on Zoom.
[4] Please note the change to 10:00 am from 10:30 am for this Motions of Course Call.

2

I.  NOTICE OF MOTION FOR REMOTE PROCEEDINGS.

Notice of motion for remote proceedings to be heard in Courtroom 1501 must include the

following information:

Notice: Until further order of Court, parties wishing to attend the presentment of this motion
shall not appear in person in the Courtroom, unless specifically ordered to do so by the Court.
This motion shall be heard and conducted by Zoom video and /or telephone conference using:
http://www.zoom.us  Meeting ID: 970 2938 9818  Password: 380923
A party may participate by telephone by dialing (312) 626-6799 and then using the Zoom
Meeting ID and Password listed above.

This requirement that Zoom information be included in the Notice is in addition to all other rules

and requirements regarding notice including Supreme Court Rule 11 and Local Rule 2.1.

II.  EMAIL COURTESY COPIES TO THE COURT THREE DAYS IN ADVANCE FOR
ALL CASES AND ALL CALLS.

Courtesy copies of all motions and all reports, together with a proposed order, must be

emailed at least three business days in advance to the court to:

ccc.firstmunicr1501@cookcountyil.gov for all cases and all calls. The failure to submit a

courtesy copy with a proposed order at least three business days prior to the call date may result

in the matter being stricken off call and/or the case being dismissed for want of prosecution. The

email submitted to the court should be copied to all parties of record and should contain in the

subject line: 1) the case number with a space before and a space after the last six digits; 2) the

date and time of the call; and 3) the word "Report," "Routine Motion," "Motion" or "Emergency

Motion" as the case may be. All emails must include a proposed order. The proposed order

should be on a form approved by the Clerk or regularly used in Courtroom 1501, whenever such

a form is available. Blanks may be left in the proposed order for dates to be supplied by the

Court. The court will make an exception to this email requirement for a self-represented litigant

without regular access to email.

3

## III.    REPORTS

Reports, together with a proposed order, are required for all **Judgment on Award, Initial Status, Progress Call and Stayed Matter Calls**. These calls are "paper calls" and matters on these calls are ruled upon without appearance on Zoom based upon the content of the report. The attached forms should be used for these reports, which should be filed prior to being emailed to the court. The report and a proposed order must be emailed to the court at least three business days prior to the call date to: ccc.firstmunicr1501@cookcountyil.gov. The email must be copied to all parties of record and must include in the subject line: 1) the case number with a space before and a space after the last six digits; 2) the date and time of the call; and 3) the word "Report." All parties of record should be copied on the email attaching the report and proposed order. The plaintiff has the burden to ensure that the report and proposed order are timely emailed to the court to avoid having the case dismissed for want of prosecution. The defendant may take the initiative to file the JOA report and proposed order, provided defendant first notifies plaintiff. The court will make an exception to this email requirement for a self-represented litigant without regular access to email.

Parties may not schedule motions to be heard on the Initial Status, Progress Call, and Judgement on Award or Stayed Matters Call.

Questions regarding the Initial Status, Progress Call, Judgment On Award, and Stayed Matters Call may be directed to the Courtroom 1501 Case Coordinator at (312) 603-4854.

4

## IV. MOTIONS

**All motions** must be scheduled on the court docket with the Clerk of Court, filed and properly noticed, although emergency motions need not be scheduled on the docket when time constraints do not allow it. Courtesy copies of all motions and a proposed order must be emailed to the court at least three business days prior to the date of presentment to: ccc.firstmunicr1501@cookcountyil.gov. The email must be copied to all parties of record and must include in the subject line: 1) the case number with a space before and a space after the last six digits; 2) the date and time of presentment; and 3) the word "Routine Motion", "Motion" or "Emergency Motion" as the case may be. The court will make an exception to this email requirement in the case of a self-represented litigant without regular access to email.

**Routine Motions** are handled as a "paper call" and are not called on Zoom. Routine motions must be scheduled on the docket at 8:45 am Monday-Friday, filed and noticed. Movant must email a copy of the routine motion and proposed order to the court at least three business days prior to the date of presentment to: ccc.firstmunicr1501@cookcountyil.gov as provided above. The email must be copied to all parties of record and must include in the subject line: 1) the case number with a space before and a space after the last six digits; 2) the date and time of presentment; and 3) the word "Routine Motion." The court will make an exception to this email requirement in the case of a self-represented litigant without regular access to email. Routine motions are only: i) a motion for the appointment of a special process server, ii) a motion for entry of a HIPAA qualified protective order, iii) a motion for substitution of counsel with a signed stipulation, iv) an agreed motion to dismiss with a signed stipulation, v) a motion for voluntary dismissal, vi) a release and satisfaction of judgment, vii) a motion to amend the complaint to correct a misnomer, and viii) a motion to enter an installment agreement and dismissal order signed by all parties. A motion for default is no longer routine motion in

5

Courtroom 1501. This provision of this Standing Order supersedes the contrary provision in the 2016 Amended Standing Order. A motion for default must be scheduled on the Motions of Course Call, with notice to the party to be defaulted even if no appearance has been filed, and must attach a military affidavit along with proof of service.

Emergency motions are called on Zoom at 9:00 am Monday-Friday. Appearance of the movant on Zoom is required for all emergency motions. In the case of an emergency motion where the nature of the emergency does not allow three days advance notice, a courtesy copy of the emergency motion and a proposed order must be emailed to the court to: ccc.firstmunicr1501@cookcountyil.gov with as much notice as the circumstances allow. The email must be copied to all parties of record and must include in the subject line: 1) the case number with a space before and a space after the last six digits; 2) the date and time of presentment; and 3) the words "Emergency Motion." A motion to strike and reset an arbitration hearing is heard as an emergency motion. Any motion which is not an emergency will not be heard on the Emergency Motion Call.

Motions of Course are called on Zoom at 10:00 am⁵ and at 11:00 am Monday-Friday. The requirement that the motion be schedule on the docket, filed, properly noticed and emailed to the court with a proposed order at least three business day in advance of the date of presentment to ccc.firstmunicr1501@cookcountyil.gov set forth above applies to all Motions of Course. The email must be copied to all parties of record and must include in the subject line: 1) the case number with a space before and a space after the last six digits; 2) the date and time of presentment; and 3) the word "Motion." The court will make an exception to this email

---

⁵ **Please Note**: The first Motions of Course Call will begin each day Monday-Friday at 10:00 am instead of 10:30 am. The 10:00 am time for the first Motions of Course Call provided in this Standing Order supersedes the provision in the 2016 Standing Order setting the time for 10:30. The second Motions of Course Call time of 11:00 am Monday-Friday remains unchanged.

6

requirement in the case of a self-represented litigant without regular access to email. Appearance by the movant on Zoom is required for all motions on the Motions of Course Calls.

Contested Motions are called on Zoom at 1:30 pm and at 2:00 pm Monday-Thursday. Parties may not schedule matters on the Contested Motions Call. Contested Motions are set by the court when the motion is presented and the parties' request briefing and hearing on the motion. Movant and respondent must appear on Zoom for the Contested Motion Call hearing. The movant must deliver courtesy copies of all briefs and relevant pleadings to Courtroom 1501 at least five business days before the hearing for all matters set on the Contested Motions Call. When multiple motions by multiple movants are to be heard in the same case on the same Contested Motion Call, the parties must select one movant to deliver one set of courtesy copies to the court for all motions.

Questions regarding motions may be directed to the Courtroom 1501 Clerk at (312) 603-4827.

## V. ORDERS

Orders for all motions. In most instances, the court will use the proposed order submitted in advance of the Zoom hearing, and no resubmission of the proposed order will be necessary. However, in those instances where counsel failed to timely email a proposed order to the court in advance of the Zoom call or when the court's ruling necessitates entry of an order different from what was previously submitted, counsel must draft an order and email it to the court to: ccc.firstmunier1501@cookcountyil.gov *before* leaving the Zoom courtroom. Counsel will recall that they always drafted an order, showed it to opposing counsel and handed it to the clerk before leaving the physical courtroom when court hearings were in-person. The same rule applies to remote Zoom court appearances. Tracking down proposed orders hours after the Zoom hearing

is not feasible in Courtroom 1501, given the number of orders entered each day. Accordingly, counsel must adhere to this requirement to avoid having their motion stricken.

Dated this 1st day of November., 2021.

Entered:

E. Kenneth Wright, Jr.
Presiding Judge
First Municipal District

Presiding Judge E. Kenneth Wright, Jr.

NOV 0 1 2021

Circuit Court – 1624

8

N THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST MUNICIPAL DISTRICT

|  | ) |  |
|---|---|---|
| Plaintiff, | ) | Case No: _____ |
|  | ) |  |
| V. | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant, | ) |  |

## INITIAL STATUS REPORT

The parties report the status of this matter as follows:

Nature of the case: _____

Name each Plaintiff: _____

Name and email of
counsel for each Plaintiff: _____

Name each Defendant: _____

Name and email of
counsel for each Defendant: _____

Have all parties been
served? If not who remains
to be served? _____

Amount of damages
sought by complaint
(ad damnum amount): _____

Are amended pleadings
and/or additional parties
anticipated? _____

Status of discovery: _____

Date and time of any motion
set for presentment or hearing: _____

Dated: _____        _____        _____
                            Plaintiff/Counsel's Signature      Defendant/Counsel's Signature

9

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST MUNICIPAL DISTRICT

)
)
Plaintiff,    )    Case No. _____
)
v.           )
)
)
Defendant,   )

## PLAINTIFF'S PROGRESS CALL REPORT

The Plaintiff (or Third-Party Plaintiff) reports on the status of service as follows:

Nature of the case:   _____

Name each Plaintiff:   _____

Name and email of
counsel for each Plaintiff:   _____

Name each Defendant:   _____

Name and email of
counsel for each Defendant:   _____

Have all parties been
served? If not who remains
to be served?   _____

List all prior Progress Call
dates in this case:   _____

Has the Plaintiff attached
an affidavit of due
diligence? If not, why
not?   _____

Date and time of any motion
set for presentment or hearing:   _____

Dated: _____    _____
                                Plaintiff/Counsel's Signature

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST MUNICIPAL DISTRICT

|  |  |
|---|---|
| | ) |
| | ) |
| Plaintiff, | )    Case No. _____ |
| | ) |
| v. | ) |
| | ) |
| | ) |
| Defendant, | ) |

## JUDGMENT ON AWARD REPORT

The parties report regarding the arbitration proceeding in this matter as follows:

Name each Plaintiff: _____

Name and email of
counsel for each Plaintiff: _____

Name each Defendant: _____

Name and email of
counsel for each Defendant: _____

Date of arbitration hearing
(Attach copy of Award): _____

Was the Award timely
rejected? By whom? _____

Has a motion relating
to the arbitration been filed?
If so, please specify the
movant and date of
presentment: _____

Do the parties seek the
entry of JOA or TRA
at this time? _____


Dated: _____    _____    _____
                                Plaintiff/Counsel's Signature    Defendant/Counsel's Signature

11

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST MUNICIPAL DISTRICT

|                | )  |           |
|----------------|----|-----------|
| Plaintiff,     | )  |           |
|                | )  | Case No. _____ |
| v.             | )  |           |
|                | )  |           |
|                | )  |           |
| Defendant,     | )  |           |

## STAYED MATTER REPORT

The parties report the status of this stayed matter as follows:

Nature of the case: _____

Name each Plaintiff: _____

Name and email of
counsel for each Plaintiff: _____

Name each Defendant: _____

Name and email of
counsel for each Defendant: _____

What was/is the basis for
the stay? _____

Insert the next stay call date
if the parties wish to
continue the stay: _____

Stayed Matter Call is 1:30 pm the 3rd Wed. of Apr, Aug, and Dec.

How should the case
proceed if the case should
no longer be stayed? _____

Dated: _____

Plaintiff/Counsel's Signature          Defendant/Counsel's Signature

12



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CASE NUMBER:** | 2025L009008 | **SHERIFF NUMBER:** | 20211158 | **MULT. SER.:** | 1 | **DOC. TYPE:** | LAW |

**DIE DATE:** 08/11/2025  **RECEIVED DATE:** 07/18/2025  **FILED DATE:** 07/18/2025  **DIST:** 606

| | |
|---|---|
| **DEFENDANT:** ALLIANZ GLOBAL ASSISTANCE | **PLAINTIFF:** MARMARCHI, AMIR |
| **ADDRESS:** 1 N WACKER | **ATTORNEY:** AMIR MARMARCHI |
| **CITY:** CHICAGO | **ADDRESS:** 419 WARREN AVE |
| **STATE:** IL  **ZIP CODE:** 60606 | **CITY:** NORMAL |
| **ATTACHED FEE AMT:** | **STATE:** IL  **ZIP CODE:** 61761 |
| **SERVICE INFORMATION:** C/O: CRAIG JACOBSON, | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE DAY OF _ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☑ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____COMPANY____BUSINESS _____ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**
**** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ****

**(8)** AND BY MAILING ON THE ___ DAY OF _____ 20 _____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED |
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☐ (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

| WRIT SERVED ON: CAMERON BURTON | ATTEMPTED SERVICES | | |
|---|---|---|---|
| **SEX:** F  **RACE:** WH  **AGE:** 35 | **Date** | **Time** | **Star #** |
| **THIS** 28 **DAY OF** July **20** 25 | 07/21/2025 | 11:38:00 | # 11216 |
| **TIME:** 11:40 AM | | | |

THOMAS J. DART,
SHERIFF, BY: /S/  HAHN, PHILIP #11634  , DEPUTY



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2025L009008    **SHERIFF NUMBER:** 20211158    **MULT. SER.:** 1    **DOC. TYPE:** LAW

**DIE DATE:** 08/11/2025    **RECEIVED DATE:** 07/18/2025    **FILED DATE:** 07/18/2025    **DIST:** 606

| Date | Time | Star # |
|------|------|--------|
| 07/21/2025 | 11:38:00 | # 11216 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FIRST MUNICIPAL DISTRICT-CIVIL DIVISION

PLAINTIFF: Amir Marmarchi     ====➜

           v.     ====➜     CASE NUMBER: 2025L009008

                      ====➜

DEFENDANT: Allianz Global     ====➜
             Assistance USA

ORDER

This case was scheduled to be heard on 8-13-25.

    Strike from call-Allowed.     (4304)No order submitted.



JUDGE: _____
        John M. Allegretti

ENTERED
Judge John M. Allegretti-2116
AUG 13 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL