


# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Plaintiff:** John Doe, | **Case Number:** 1:25-cv-09864 |
| v | **Judge:** Honorable Andrea R. Wood |
| **Defendant:** Allianz Global Assistance USA | **Magistrate Judge:** |

**PLAINTIFF'S MOTION TO REAFFIRM SEALING ORDER**

Plaintiff John Doe, pro se, respectfully moves this Court to reaffirm and maintain the sealing of this case. In support of this motion, Plaintiff states as follows:

1. This action was originally filed in the Circuit Court of Cook County, First Municipal District.

2. The state court entered an order directing that the case remain **sealed** due to security concerns unique to Plaintiff and his family.

3. Specifically, Plaintiff's travel insurance claim arose from international travel involving plaintiff visiting his relatives who reside in or have connections to the Islamic Republic of Iran, in neighboring countries of Iran. The Iranian regime has a documented history of retaliating against the family members of dual nationals and expatriates who oppose it or take dual nationals or their relative as hostages for negotiating the release of terrorists imprisoned in the US or other countries. Plaintiff has already been stalked, harassed, and threatened and that is why he can only visit his family in neighboring countries of Iran and hence wishes the fact of such travels to remain confidential. Public access to this case could expose Plaintiff and his relatives to serious risk of harassment, detention, or harm.

4. Plaintiff therefore requested, and the state court granted, sealing of the entire record.

5. Upon removal, federal law governs sealing. Under **Fed. R. Civ. P. 26(c)** and the Court's inherent authority, the Court may enter an order to protect parties and non-parties from "annoyance, embarrassment, oppression, or undue burden or

expense." Courts in this district recognize that compelling security concerns may justify sealing.

6. The state court's determination, coupled with the heightened risk to Plaintiff's relatives abroad, demonstrates good cause and compelling reasons to maintain the seal in federal court.

7. Plaintiff respectfully requests that this Court adopt the state court's sealing order, or in the alternative, enter a new order maintaining this case under seal for the duration of proceedings.

**WHEREFORE**, Plaintiff respectfully requests that this Court reaffirm the state court's sealing order and direct that this case remain sealed in its entirety.

Respectfully submitted,

/s/ John Doe *[signature]*
Plaintiff, Pro Se
Dated: September 8, 2025